IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-00719-WYD-MEH

CHRISTOPHER RAMIREZ,

 Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.; and
DOES 1-10, inclusive,

 Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal (ECF No. 13).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 13) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   July 11, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE